408 A.2d 534

Utz v. Ernie Fence Supply Company, Inc., Appellant.

Submitted March 13, 1978. William Congreve, III, for appellant; Raymond R. Smith, for appellee.

Order of court affirmed.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.

April 19, 1979

408 A.2d 534

Commonwealth v. Abram, Appellant.
Petition for Allowance of Appeal Denied Aug. 27, 1979.

Submitted October 26, 1978. Ronald Abram, in propria personam; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.